RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 4/23/09

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| STEPHEN W. RUSSELL | CIVIL ACTION NO. 08-CV-1289 |
| VS. | JUDGE MELANÇON |
| WARDEN, FEDERAL DETENTION CENTER, OAKDALE | MAGISTRATE JUDGE METHVIN |

### JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. After an independent review of the record and the applicable jurisprudence, and noting the absence of objection, this Court concludes that the Findings and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the government's motion to dismiss is **GRANTED** and that the petition is **DENIED and DISMISSED WITHOUT PREJUDICE.**

Lafayette, Louisiana this 22nd day of April, 2009.

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE